

**Service of Process Transmittal**
01/23/2019
CT Log Number 534783311

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Walmart Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:** **Process Served in Minnesota**

**FOR:** Wal-Mart Transportation, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ngwesse Pamela, Pltf. vs. Wal-Mart Transportation, Inc. and John Robert Jackson, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Washington County - 10th Judicial District Court, WA<br>Case # NONE |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 07/17/2015 |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Inc, Saint Paul, MN |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/23/2019 at 13:34 |
| **JURISDICTION SERVED:** | Minnesota |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days of receipt (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Richard J. Schroetter<br>Schroeder & Mandel, P.A.<br>219 Little Canada Road E.<br>Suite 200<br>St. Paul, MN 55117<br>651-426-8740 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/24/2019, Expected Purge Date: 01/29/2019<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:** | CT Corporation System, Inc |
| **ADDRESS:** | 1010 Dale St. N.<br>Saint Paul, MN 55117-5603 |
| **TELEPHONE:** | 312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF WASHINGTON | TENTH JUDICIAL DISTRICT |

Pamela Ngwesse,

      Plaintiff,

vs.

Wal-Mart Transportation, Inc., and
John Robert Jackson,

      Defendants.

Case Type: Personal Injury
Court File No.:
Judge:

**SUMMONS**

---

THIS SUMMONS IS DIRECTED TO DEFENDANT WAL-MART TRANSPORTATION, INC., 702 SW 8TH STREET, BENTONVILLE, ARKANSAS, 72716; AND DEFENDANT JOHN ROBERT JACKSON, 8200 BURNELL DRIVE, EAU CLAIRE, WISCONSIN 54703:

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this Summons.

2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this summons a written response called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at:

   SCHROEDER & MANDEL, PA
   219 Little Canada Road E, Suite 200
   St. Paul, Minnesota 55117

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond.

A default judgment can then be entered against you for the relief requested in the Complaint.

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

SCHROEDER & MANDEL, PA

Date: 1/11/19    By: _____
Richard J. Schroeder, #231629
219 Little Canada Road E, Suite 200
St. Paul, Minnesota 55117
Telephone: (651) 426-8740
Facsimile: 877-822-3312
Email: rick@schroederandmandel.com

-and-

MCEWEN & KESTNER, PLLC

Date: 12/12/18    By: _____
Peter J. Kestner, #0311662
5854 Blackshire Path
Inver Grove Heights, Minnesota 55076
Telephone: (651) 209-7575
Facsimile: (651) 223-5790
Email: pete@crawfordkestner.com

ATTORNEYS FOR PLAINTIFF
PAMELA NGWESSE

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF WASHINGTON | TENTH JUDICIAL DISTRICT |

|  |  |
|---|---|
| Pamela Ngwesse,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Wal-Mart Transportation, Inc.,<br>and John Robert Jackson,<br><br>　　　　　Defendants. | Case Type: Personal Injury<br>Court File No.:<br>Judge:<br><br>**COMPLAINT** |

Plaintiff, Pamela Ngwesse, for her Complaint against the above-named Defendants, states and alleges:

I.

The Plaintiff, Pamela Ngwesse, at all times herein material resides at 6975 29th Street North, City of Oakdale, State of Minnesota, 55128.

II.

That Defendant, Wal-Mart Transportation, LLC (hereinafter "Wal-Mart Transportation"), is an Arkansas corporation with its principal place of business at 702 SW 8th Street, City of Bentonville, County of Benton, State of Arkansas, 72716, however, Defendant does business throughout the State of Minnesota, including Washington County.

III.

That Defendant, John Robert Jackson, at all times material resides at 8200 Burnell Drive, City of Eau Claire, State of Wisconsin.

IV.

On July 17, 2015, Plaintiff Pamela Ngwesse was driving her 2007 Infiniti G35 vehicle, bearing Minnesota license plate number, 286-HVV. Plaintiff was traveling northbound on I-494 at Valley Creek Road in the right lane, in the City of Woodbury, County of Washington, when she began slowing for traffic, and ultimately stopped.

VI.

At the aforementioned date and place, Defendant John Robert Jackson, while in the course and scope of his employment with Defendant Wal-Mart Transportation, Inc., was operating a 2011 semi truck, bearing Oklahoma license plate number, 2PG209, which upon information and belief was owned and maintained by Defendant Wal-Mart Transportation, Inc. Defendant John Robert Jackson was traveling behind Plaintiff on 494. Traffic was slowing, Plaintiff was slowing when, suddenly and without warning, Defendant John Robert Jackson drove the above-referenced semi-tractor trailer into the rear of Plaintiff's vehicle. See Exh. A, Traffic Accident Report.

VII.

At said time and place, Defendant John Robert Jackson illegally, negligently, carelessly and unlawfully caused the semi-truck and trailer he was operating, which was owned and maintained by Defendant Wal-Mart Transportation, Inc., to collide with the vehicle in which the Plaintiff was operating. As a result, Defendant John Robert Jackson violated Minnesota law in one or more of the following ways:

1. By driving inattentively;
2. By driving while distracted;
3. By failing to keep a proper lookout;
4. By driving too fast for conditions;
5. By failing to keep his vehicle under control in his lane of travel;
6. By operating a vehicle in a careless manner as defined by Minn. Stat. §169.13, Subd. 2;
7. By failing to abide by Defendant Wal-Mart Transportation's own safety rules & procedures; and

8. In many other ways which will be proven at the time of trial.

VIII.

As a direct and proximate result of the illegal, negligent, careless and unlawful conduct of Defendant John Robert Jackson, Plaintiff Pamela Ngwesse sustained in excess of $34,241.95 in reasonable and necessary medical treatment. Plaintiff continues to treat for her injuries; and according to some of Plaintiff's treating physicians some of the Plaintiff's injuries are permanent in nature. Plaintiff has incurred $9,279.36 in lost earnings; and has in excess of 60 days disability, thus satisfying at least one of the tort thresholds as set forth in Minn. Stat. §65B, Subd. 3.

IX.

As a direct and proximate result of the aforesaid illegal, negligent, careless and unlawful conduct of Defendant John Robert Jackson, Plaintiff Pamela Ngwesse has incurred in the past and will in the future incur expenses for reasonable and necessary medical care and treatment; has in the past and will in the future incur loss of earnings; and as a result, she has in the past and will in the future suffer physical pain and mental harm; and also she has ongoing past and will have future economic losses all to her detriment.

X.

At said time and place, the Defendant John Robert Jackson was in the course and scope of his employment with Defendant Wal-Mart Transportation, Inc. As such, pursuant to the doctrine of respondeat superior, Defendant Wal-Mart Transportation, Inc. is vicariously liable for the acts and conduct of its employee, Defendant John Robert Jackson. An employer is liable for the negligent acts of its employee committed in the course and scope of employment when: (1) the conduct was to some degree in furtherance of the employer's interests; (2) the employee was authorized to perform the type of conduct; (3) the conduct occurred substantially within the employer's authorized time and space restrictions; and (4) the employer should reasonably have foreseen the

3

conduct. *Snilsberg v. Lake Washington Club*, 614 N.W.2d 738, 745 (Minn. Ct. App. 2000). Defendant John Robert Jackson's conduct clearly satisfies all four of the above factors.

XI.

In addition to the negligent, careless, illegal and unlawful conduct of Defendant John Robert Jackson, Defendant Wal-Mart Transportation, Inc., upon information and belief, violated Minnesota law, or is causally negligent in one or more of the following ways:

1. By failing to properly train and/or supervise its employee drivers;

2. By failing to properly maintain and service its commercial vehicles in order to assure the public that they are safe and road-worthy;

3. By allowing its employees to operate its commercial vehicles with faulty equipment;

4. By failing to properly inspect its commercial vehicle before allowing its employee drivers to operate said commercial vehicle on Minnesota's roads and highways; and

5. In many other ways to be proven following discovery and at the time of trial.

XII.

As a further and direct and proximate result of the aforesaid negligent, carelessness and illegal conduct of Defendant Wal-Mart Transportation, as outlined in Paragraph XI above, and others incorporated herein, Plaintiff has incurred and will in the future incur expenses for necessary medical and hospital care and treatment; past and present wage loss, lost earnings, loss of earning capacity, and as a result, she has in the past and will in the future suffer physical and mental pain, and other harms and losses.

XIII.

In addition, at said time and place, the vehicle being driven by Defendant John Robert Jackson was owned by Defendant Wal-Mart Transportation, Inc. As a result, pursuant to Minn. Stat. §169.09, Defendant Wal-Mart Transportation, Inc. is also vicariously responsible for all of

Plaintiff's injuries and damages caused by the operation of said vehicle operated by Defendant John Robert Jackson.

WHEREFORE, Plaintiff Pamela Ngwesse demands judgment, jointly and severally, against the Defendants Wal-Mart Transportation, Inc. and John Robert Jackson, in an amount in excess of Fifty Thousand and no/100 ($50,000.00) Dollars together, along with costs, pre-judgment and post judgment interest and disbursements as allowed by Minnesota law.

PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY.

Date: 1/11/19

SCHROEDER & MANDEL, PA

By: _____
Richard J. Schroeder, #231629
219 Little Canada Road E, Suite 200
St. Paul, Minnesota 55117
Telephone: (651) 426-8740
Facsimile: 877-822-3312
Email: rick@schroederandmandel.com

-and-

MCEWEN & KESTNER, PLLC

Date: 12/12/18

By: _____
Peter W. Kestner, #0311662
5850 Blackshire Path
Inver Grove Heights, Minnesota 55076
Telephone: (651) 209-7575
Facsimile: (651) 223-5790
Email: pete@crawfordkestner.com

ATTORNEYS FOR PLAINTIFF
PAMELA NGWESSE

5



# STATE OF MINNESOTA — DEPARTMENT OF PUBLIC SAFETY
## ACCIDENT REPORT
(LAW ENFORCEMENT ONLY)

| Field | Value |
|---|---|
| LOCAL CASE NO. | 15405380 |
| AMENDED | N |
| HIT-AND-RUN | N |
| PUB PROP | N |
| VEHICLES | 02 |
| KILLED | 00 |
| INJURED | 01 |
| 5 MIN | Y |
| MONTH | 7 |
| DATE | 17 |
| YEAR | 2015 |
| DAY | Fri |
| MILITARY TIME | 1537 |
| ROUTE SYSTEM | 01 |
| ROUTE NUMBER OR STREET NAME | 494 I |
| COUNTY NO | 82 |
| CITY | WOODBURY |
| REFERENCE POINT | 059 + 00 · 869 |
| ROUTE SYS | 10 |
| ROUTE #, STREET, CORP LIMIT, OR FEATURE | VALLEY CREEK RD |

### Unit 1

| Field | Value |
|---|---|
| FACTOR 1 | 01 |
| POSITION | 01 |
| DRIVER LICENSE NUMBER | D954048812118 |
| STATE | MN |
| CLASS | D |
| DL STATUS | 01 |
| NAME | PAMELA JOFI NGWESSE |
| DATE OF BIRTH | 09/30/64 |
| FACTOR 2 | 04 |
| MANUVER | 11 |
| ADDRESS | 6975 29TH ST N |
| DR VIOLTNS | N |
| RESTRICT | 01 |
| INJURY | 01 |
| PHYSCL | 01 |
| CITY, STATE, ZIP | OAKDALE 55128 |
| RECOND | 01 |
| ADDRESS CORRECT | Y |
| SEX | F |
| SAFE EQPT TYPE | 04 |
| SAFE EQPT USE | 04 |
| AIRBAG | 06 |
| EJECT | 05 |
| INJ SEV | C |
| ALCH TEST | N | 98 |
| DRUG TEST | N | 98 |
| TO HOSP | N |
| OCCUP | 01 |
| OWNER NAME | PAMELA JOFI NGWESSE |
| FIRE | N |
| VEH TYP | 01 |
| ADDRESS | 6975 29TH ST N |
| TOWED | Y |
| VEH USE | 01 |
| CITY, STATE, ZIP | OAKDALE, MN 55128 |
| PULLING UNIT | N |
| DIRECT | 01 |
| DMG LOC | 05 |
| MAKE | INFI |
| MODEL | G35 |
| YEAR | 2007 |
| COLOR | SIL |
| DMG SEV | 05 |
| PLATE # | 286HVV |
| ST REG | MN |
| YEAR REG | 2015 |
| SEQUENCE OF EVENTS | 01 |
| INSURANCE | AMERICAN FAMILY |
| POLICY NUMBER | 181686640606FPPAMN |

### Unit 2

| Field | Value |
|---|---|
| POSITION | 01 |
| DRIVER LICENSE NUMBER | J2504765220402 |
| STATE | WI |
| CLASS | A |
| DL STATUS | 01 |
| FACTOR 1 | 15 |
| NAME | JOHN ROBERT JACKSON |
| DATE OF BIRTH | 06/04/52 |
| FACTOR 2 | 04 |
| ADDRESS | 8200 BURNELL DR |
| DR VIOLTNS | N |
| RESTRICT | 01 |
| MANUVER | 01 |
| CITY, STATE, ZIP | EAU CLAIRE 54703 |
| PHYSCL | 01 |
| ADDRESS CORRECT | Y |
| SEX | M |
| SAFE EQPT TYPE | 04 |
| SAFE EQPT USE | 04 |
| AIRBAG | 06 |
| EJECT | 05 |
| INJ SEV | N |
| RECOND | 01 |
| ALCH TEST | N | 98 |
| DRUG TEST | N | 98 |
| TO HOSP | N |
| OWNER NAME | WALMART TRANSPORTATION INC |
| FIRE | N |
| OCCUP | 01 |
| ADDRESS | 702 SW 8TH ST MS-0555 |
| TOWED | N |
| VEH TYP | 35 |
| CITY, STATE, ZIP | BENTONVILLE, AR 72716 |
| PULLING UNIT | Z |
| DIRECT | 01 |
| VEH USE | 01 |
| MAKE | FREI |
| MODEL | TK |
| YEAR | 2011 |
| COLOR | WHI |
| DMG LOC | 90 |
| PLATE # | 2PG209 |
| ST REG | OK |
| YEAR REG | 2015 |
| SEQUENCE OF EVENTS | 01 | 01 |
| DMG SEV | 90 |
| INSURANCE | NATIONAL UNION FIRE INS |
| POLICY NUMBER | 8708992A |
| WAIVED | Y |
| HAZ MAT PLAC | I |
| CARGO BDY TYPE | 01 |

COMMERCIAL VEHICLE NUMBER 2 - MOTOR CARRIER NAME: WALMART TRANSPORTATION I   DOT NUMBER: 063585

IF ACCIDENT INVOLVED A COMMERCIAL MOTOR VEHICLE, SCHOOL BUS, OR HEAD START BUS REMEMBER TO NOTIFY THE STATE PATROL (required under MS 169.783 and 169.4511).

### Passengers / Witnesses

| Name | Unit | POSTN | DATE OF BIRTH | SEX |
|---|---|---|---|---|
| BOB ANTONSEN ((651) 325-5104) | W | | 1/15/1975 | M |

### Narrative

UNIT 1 AND UNIT 2 WERE IN THE RIGHT LANE, TRAVELING NORTHBOUND I494 AT VALLEY CREEK RD. UNIT 1 HAD TO STOP IN TRAFFIC DUE TO TRAFFIC IN FRONT STOPPING (RUSH HOUR). UNIT 2 COULD NOT STOP IN TIME AND VEERED TO THE RIGHT SHOULDER. WHILE MOVING TO THE RIGHT SHOULDER, THE DRIVER SIDE TRAILER TIRE OF UNIT 2 ROLLED ON TOP OF THE RIGHT REAR OF UNIT 1. DRIVER OF UNIT 2 STATED LOOKED IN HIS SIDE MIRROR AND WHEN HE LOOKED FORWARD AND SAW TRAFFIC STOPPED, HE STATED HE MOVED TO RIGHT SHOULDER TO AVOID TRAFFIC. ALL PARTIES DECLINED MEDICAL. UNIT 1 WAS TOWED BY TWIN CITIES TOWING. CVI 312 WAIVED INSPECTION ON UNIT 2.

### Codes

| Field | Value |
|---|---|
| ACC TYP | 01 |
| SCHL BUS | 03 |
| LOCATN | 01 |
| ON BRIDGE | N |
| TYPE OF WZ | 98 |
| LOC OF CRASH WZ | 98 |
| WORKERS PRESENT | I |
| RDESGN | 01 |
| RD SURF | 01 |
| RD CHAR | 01 |
| DEVICE | 98 |
| WORKING | 98 |
| INT REL | 01 |
| SPEED LIMIT | 60 |
| WEATHER 1 | 01 |
| WEATHER 2 | |
| LIGHT | 01 |
| PHOTOS TAKEN | N |
| DIAGRAM | 90 |

OFFICER RANK, NAME AND BADGE #: NONE  JUSTIN DOHLMAN  55
AGENCY: State Patrol   PATROL STATION: 2430

Diagram: NOT TO SCALE — VALLEY CREEK RD

**FACTOR 1 & FACTOR 2 - APPARENT CONTRIBUTING FACTORS (UP TO TWO PER DRIVER)**
*(NOTE: PLEASE INDICATE PRIMARY FACTOR IN THE BOX MARKED FACTOR 1)*

- 1- NO CLEAR CONTRIBUTING FACTOR
- 2- FAILURE TO YIELD RIGHT OF WAY
- 3- ILLEGAL/UNSAFE SPEED
- 4- FOLLOWING TOO CLOSELY
- 5- DISREGARDED TRAFFIC CONTROL DEVICE
- 6- DRIVING LEFT OF ROADWAY CENTER, NOT PASSING
- 7- IMPROPER PASSING/OVERTAKING
- 8- IMPROPER/UNSAFE LANE USE
- 9- IMPROPER PARKING/START/STOP
- 10- IMPROPER TURN
- 11- UNSAFE BACKING
- 12- IMPROPER/NO SIGNAL
- 13- OVER-CORRECTING
- 14- IMPEDING TRAFFIC
- 15- DRIVER INATTENTION/DISTRACTION
- 16- DRIVER INEXPERIENCE
- 17- NON-MOTORIST VIOLATION / ERROR
- 18- CHEMICAL IMPAIRMENT
- 19- FAILURE TO USE LIGHTS
- 20- DRIVER ON CAR PHONE/CB/2WAY RADIO
- 21- OTHER HUMAN CONTRIBUTING FACTOR*
- 31- VISION OBSCURED-WINDSHIELD GLASS
- 32- VISION OBSCURED -SUN/HEADLIGHTS
- 33- OTHER VISION FACTOR
- 41- DEFECTIVE BRAKES
- 42- DEFECTIVE TIRE OR TIRE FAILURE
- 43- DEFECTIVE LIGHTS
- 44- INADEQUATE WINDSHIELD GLASS
- 45- OVERSIZE/OVERWEIGHT VEHICLE
- 46- SKIDDING
- 50- OTHER VEHICLE DEFECT FACTOR*
- 61- WEATHER
- 90- OTHER CONTRIBUTING FACTOR*
- 99- UNKNOWN

**MNUVER - PRE-CRASH MANEUVER**

*BY VEHICLE*
- 1- GOING STRAIGHT AHEAD FOLLOWING ROADWAY
- 2- WRONG WAY INTO OPPOSING TRAFFIC
- 3- RIGHT TURN ON RED
- 4- LEFT TURN ON RED
- 5- MAKING RIGHT TURN
- 6- MAKING LEFT TURN
- 7- MAKING U-TURN
- 8- STARTING FROM PARKED POSITION
- 9- STARTING IN TRAFFIC
- 10- SLOWING IN TRAFFIC
- 11- STOPPED IN TRAFFIC
- 12- ENTERING PARKED POSITION
- 13- AVOID UNIT/OBJECT IN ROAD
- 14- CHANGING LANES
- 15- OVERTAKING/PASSING
- 16- MERGING
- 17- BACKING
- 18- STALLED ON ROADWAY

*PARKED VEHICLES*
- 21- PARKED LEGALLY
- 22- PARKED ILLEGALLY
- 23- VEHICLE STOPPED OFF ROADWAY

*BY PEDESTRIAN*
- 31- CROSSING WITH SIGNAL
- 32- CROSSING AGAINST SIGNAL
- 33- DARTING INTO TRAFFIC
- 34- OTHER IMPROPER CROSSING
- 35- CROSSING IN A MARKED CROSSWALK
- 36- CROSSING (NO SIGNAL OR CROSSWALK)
- 37- FAIL TO YIELD R/W TO TRAFFIC
- 38- INATTENTION/DISTRACTION
- 39- WALKING/RUNNING IN ROAD WITH TRAFFIC
- 40- WALKING/RUNNING IN ROAD AGAINST TRAFFIC
- 41- STANDING/LYING IN ROAD
- 42- EMERGING FROM BEHIND PARKED VEHICLE
- 43- CHILD GETTING ON/OFF SCHOOL BUS
- 44- PERSON GETTING ON/OFF VEHICLE
- 45- PUSHING/WORKING ON VEHICLE
- 46- WORKING IN ROADWAY
- 47- PLAYING IN ROADWAY
- 48- NOT IN ROADWAY

*BY BICYCLIST*
- 51- RIDING WITH TRAFFIC
- 52- RIDING AGAINST TRAFFIC
- 53- MAKING RIGHT TURN
- 54- MAKING LEFT TURN
- 55- MAKING U-TURN
- 56- RIDING ACROSS ROAD
- 57- SLOWING/STOPPING/STARTING
- 90- OTHER*
- 99- UNKNOWN

**PHYSCL - APPARENT PHYSICAL CONDITION**
- 1- NORMAL (NO DRUGS/ALCOHOL)
- 2- UNDER THE INFLUENCE
- 3- HAD BEEN DRINKING
- 4- COMMERCIAL DRIVER OVER .04 BAC
- 5- HAD BEEN TAKING DRUGS
- 6- AGGRESSIVE
- 7- FATIGUED/ASLEEP
- 8- PHYSICALLY CHALLENGED
- 9- ILL
- 90- OTHER*
- 98- NOT APPLICABLE
- 99- UNKNOWN

**RCOMND - RECOMMENDATIONS FOR DRIVER**
- 1- NONE
- 2- PHYSICAL EXAM
- 3- DRIVER EXAM
- 4- BOTH

**VEH TYPE - VEHICLE TYPE**
- 1- PASSENGER CAR
- 2- PICKUP
- 3- SPORT UTILITY VEHICLE
- 4- VAN OR MINI-VAN
- 5- MOTORHOME/CAMPER/RV
- 6- LIMOSINE
- 7- BUS (7-15 SEATS PLUS DRIVER)
- 8- BUS (16+ SEATS PLUS DRIVER)
- 9- SNOWMOBILE
- 10- ATV
- 11- MOTORCYCLE
- 12- MOTORSCOOTER / MOTORBIKE
- 13- MOPED/MOTORIZED BIKE
- 14- FARM EQUIPMENT
- 31- 2 AXLE, 6 TIRE SINGLE UNIT TRUCK
- 32- 3 OR MORE AXLE SINGLE UNIT TRUCK
- 33- SINGLE UNIT TRUCK W/TRAILER
- 34- TRUCK TRACTOR W/NO TRAILER
- 35- TRUCK TRACTOR W/SEMI-TRAILER
- 36- TRUCK TRACTOR W/DOUBLE TRAILERS
- 37- TRUCK TRACTOR W/TRIPLE TRAILERS
- 38- HEAVY TRUCK OF UNKNOWN TYPE
- 51- PEDESTRIAN
- 52- SKATER
- 53- BICYCLIST
- 54- OTHER NON-MOTORIST
- 90- OTHER*
- 99- UNKNOWN

**VEH USE - SPECIAL VEHICLE USE**
- 98- NOT APPLICABLE
- 1- NORMAL
- 2- TAXICAB
- 3- SCHOOL BUS
- 4- BUS (OTHER THAN SCHOOL)
- 5- MILITARY VEHICLE
- 6- HIT & RUN VEHICLE
- 7- POLICE DEPT VEHICLE- LIGHTS/SIRENS NOT OPERATING
- 8- POLICE DEPT VEHICLE- LIGHTS/SIRENS OPERATING
- 9- FIRE DEPT VEHICLE- LIGHTS/SIRENS NOT OPERATING
- 10- FIRE DEPT VEH- LIGHTS/SIREN OPERATING
- 11- AMBULANCE- LIGHTS/SIREN NOT OPERATING
- 12- AMBULANCE- LIGHTS/SIREN OPERATING
- 13- SNOWPLOW- WORKING
- 14- SNOWPLOW- IN TRANSIT
- 15- OTHER MAINT VEH- WORKING
- 16- OTHER MAINT VEH- IN TRANSPORT
- 17- OTHER PUBLICLY OWNED VEH*
- 90- OTHER VEHICLE USE*
- 98- NOT APPLICABLE
- 99- UNKNOWN VEHICLE USE

**DM LOC - PRINCIPAL DAMAGE AREA(S) OF VEHICLE**
- 1- FRONT
- 2- RIGHT FRONT
- 3- RIGHT CENTER
- 4- RIGHT REAR
- 5- REAR
- 6- LEFT REAR
- 7- LEFT CENTER
- 8- LEFT FRONT
- 9- TOP
- 10- BOTTOM-UNDERCARRIAGE
- 11- MULTIPLE AREAS
- 90- OTHER*
- 98- NOT APPLICABLE
- 99- UNKNOWN

**DMG SEV - DAMAGE SEVERITY**
- 1- NONE
- 2- LIGHT
- 3- MODERATE
- 4- SEVERE
- 5- TOTAL
- 90- OTHER*
- 98- NOT APPLICABLE
- 99- UNKNOWN

**CARGO BODY TYPE -**
- 1- VAN/ENCLOSED BOX
- 2- DRY BULK CARGO TANK
- 3- LIQUID BULK
- 4- GAS BULK CARGO TANK
- 5- FLATBED OR PLATFORM
- 6- DUMP
- 7- CONCRETE MIXER
- 8- AUTO TRANSPORTER
- 9- GARBAGE/REFUSE
- 10- COMBINATION
- 11- SPECIAL PERMIT LOAD
- 12- GRAIN/CHIPS/GRAVEL
- 13- POLE
- 90- OTHER*
- 90- NOT APPLICABLE
- 99- UNKNOWN

**IF ACCIDENT INVOLVED A COMMERCIAL MOTOR VEHICLE, SCHOOL BUS, OR HEAD START BUS, REMEMBER TO NOTIFY THE STATE PATROL (required under MS 169.783 and 169.4511).**

**ACC TYP - ACCIDENT TYPE BY 1ST HARMFUL EVENT**

*COLLISION WITH*
- 1- MOTOR VEHICLE IN TRANSPORT
- 2- PARKED MOTOR VEHICLE
- 3- ROADWAY EQUIPMENT - SNOWPLOW
- 4- ROADWAY EQUIPMENT - OTHER
- 5- TRAIN
- 6- PEDALCYCLE
- 7- PEDESTRIAN
- 8- DEER
- 9- OTHER ANIMAL
- 10- UNDERRIDE - REAR
- 11- UNDERRIDE - SIDE
- 12- COLLISION WITH OTHER TYPE OF NON-FIXED OBJECT
- 13- OTHER COLLISION TYPE*
- 14- UNKNOWN COLLISION TYPE

*COLLISION WITH FIXED OBJECT*
- 21- CONSTRUCTION EQUIPMENT
- 22- TRAFFIC SIGNAL
- 23- RR CROSSING DEVICE
- 24- LIGHT POLE
- 25- UTILITY POLE
- 26- SIGN STRUCTURE
- 27- MAILBOXES
- 28- OTHER POLES
- 29- HYDRANT
- 30- TREE/SHRUBBERY
- 31- BRIDGE PIERS
- 32- MEDIAN SAFETY BARRIER
- 33- CRASH CUSHION
- 34- GUARDRAIL
- 35- FENCE (NON-MEDIAN BARRIER)
- 36- CULVERT/HEADWALL
- 37- EMBANKMENT/DITCH/CURB
- 38- BUILDING/WALL
- 39- ROCK OUTCROPS
- 40- PARKING METER
- 41- OTHER FIXED OBJECT*
- 42- UNKNOWN FIXED OBJECT

*NON-COLLISION*
- 51- OVERTURN/ROLLOVER
- 52- SUBMERSION
- 53- FIRE/EXPLOSION
- 54- JACKKNIFE
- 55- LOSS/SPILLAGE NON-HAZ MAT
- 56- LOSS/SPILLAGE HAZ MAT
- 64- NON-COLLISION OF OTHER TYPE
- 65- NON-COLLISION OF UNKNOWN TYPE
- 90- OTHER ACCIDENT TYPE*
- 99- UNKNOWN ACCIDENT TYPE

**DEVICE - TRAFFIC CONTROL DEVICE**
- 1- TRAFFIC SIGNAL
- 2- OVERHEAD FLASHERS
- 3- STOP SIGN - ALL APPROACHES
- 4- STOP SIGN - NOT ALL APPROACHES
- 5- YIELD SIGN
- 6- OFFICER/FLAG PERSON/ SCHOOL PATROL
- 7- SCHOOL BUS STOP ARM
- 8- SCHOOL ZONE SIGN
- 9- NO PASSING ZONE
- 10- RR CROSSING GATE
- 11- RR CROSSING- FLASHING LIGHTS
- 12- RR CROSSING- STOP SIGN
- 13- RR OVERHEAD FLASHERS
- 14- RR OVERHEAD FLASHERS/GATE
- 15- RR CROSSBUCK
- 90- OTHER*
- 98- NOT APPLICABLE
- 99- UNKNOWN

**SCHOOL BUS INVOLVED**
- 1- YES, INVOLVED DIRECTLY
- 2- YES, INVOLVED INDIRECTLY
- 3- NO
- 99- UNKNOWN

**LOCATN - LOCATION OF FIRST HARMFUL EVENT (SEE EXAMPLE OF TRAFFIC WAY)**
- 1- ON ROADWAY (ALLEY DRIVEWAY, ETC.)
- 2- ON SHOULDER
- 3- ON MEDIAN
- 4- ON ROADSIDE
- 5- ON SEPARATOR
- 6- PARKING LOT
- 7- PRIVATE PROPERTY
- 8- OUTSIDE OF TRAFFICWAY
- 90- OTHER*
- 99- UNKNOWN

**WORKING - WAS SIGNAL WORKING PROPERLY?**
- 1- SIGNAL WORKING PROPERLY
- 2- SIGNAL NOT WORKING PROPERLY
- 3- SIGNAL WORKING IN MODIFIED FASHION
- 4- SIGNAL OBSCURED/ DAMAGED
- 90- OTHER*
- 98- NOT APPLICABLE
- 99- UNKNOWN

**TYPE OF WZ - WORK ZONE**
- 1- LANE CLOSURE
- 2- LANE SHIFT/CROSSOVER
- 3- WORK ON SHOULDER/MEDIAN
- 4- INTERMITTENT
- 5- MOVING WORK ZONE
- 90- OTHER*
- 98- NOT APPLICABLE
- 99- UNKNOWN

**LOCATION OF CRASH RELATIVE TO THE WORK ZONE**
- 1- BEFORE 1ST WARNING SIGN
- 2- ADVANCE WARNING AREA
- 3- TRANSITION AREA
- 4- ACTIVITY AREA
- 5- TERMINATION AREA
- 90- OTHER*
- 98- NOT APPLICABLE
- 99- UNKNOWN

**INT REL - RELATIONSHIP TO INTERSECTION/JUNCTION**
- 1- NOT AT INTERSECTION/JUNC
- 2- T INTERSECTION
- 3- Y INTERSECTION
- 4- 4 LEGGED INTERSECTION
- 5- 5 OR MORE POINT INTERSECTION
- 6- TRAFFIC CIRCLE OR ROUND ABOUT
- 7- INTERSECTION RELATED
- 8- ALLEY OR DRIVEWAY ACCESS
- 9- AT SCHOOL X-ING
- 10- RR X-ING
- 11- RECREATIONAL X-ING
- 20- INTERCHANGE ON RAMP
- 21- INTERCHANGE OFF RAMP
- 22- INTERCHANGE ALL OTHERS
- 90- OTHER*
- 99- UNKNOWN

**RDESGN - ROAD DESIGN**
- 1- FREEWAY - MAIN LINE
- 2- FREEWAY - RAMPS
- 3- OTHER DIVIDED HIGHWAY
- 4- ONE-WAY STREET
- 5- 4-6 LANES UNDIVIDED (2-3 LANES EACH WAY)
- 6- 3 LANES UNDIVIDED
- 7- 5 LANES UNDIVIDED (CENTER LEFT TURN LANE)
- 8- 2-LANES (1 LANE EACH WAY)
- 9- ALLEY/DRIVEWAY
- 10- ROAD ON PRIVATE PROPERTY
- 90- OTHER*
- 99- UNKNOWN

**WEATHER - WEATHER CONDITION #1 AND #2**
- 1- CLEAR
- 2- CLOUDY
- 3- RAIN
- 4- SNOW
- 5- SLEET/HAIL/FREEZING RAIN
- 6- FOG/SMOG/SMOKE
- 7- BLOWING SAND/DUST/SNOW
- 8- SEVERE CROSSWINDS
- 90- OTHER*
- 99- UNKNOWN

**LIGHT - LIGHTING**
- 1- DAYLIGHT
- 2- BEFORE SUNRISE
- 3- AFTER SUNSET
- 4- DARK (STREET LIGHTS ON)
- 5- DARK (STREET LIGHTS OFF)
- 6- DARK (NO STREET LIGHTS)
- 7- DARK (UNKNOWN LIGHTING)
- 90- OTHER*
- 99- UNKNOWN

**RD SURF - ROAD SURFACE CONDITIONS**
- 1- DRY
- 2- WET
- 3- SNOW
- 4- SLUSH
- 5- ICE PACKED SNOW
- 6- WATER (STANDING/MOVING)
- 7- MUDDY
- 8- DEBRIS
- 9- OILY
- 90- OTHER*
- 99- UNKNOWN

**RD CHAR - ROADWAY CHARACTER**
- 1- STRAIGHT & LEVEL
- 2- STRAIGHT & GRADE
- 3- STRAIGHT AT HILLCREST
- 4- STRAIGHT AT SAG
- 5- CURVE & LEVEL
- 6- CURVE & GRADE
- 7- CURVE AT HILLCREST
- 8- CURVE AT SAG
- 90- OTHER*
- 99- UNKNOWN

**DIAGRAM - VEHICULAR RELATIONSHIPS WHICH LED TO IMPACT**
- 1- REAR END
- 2- SIDESWIPE - SAME DIRECTION
- 3- LEFT TURN
- 4- RAN OFF ROAD - LEFT SIDE
- 5- RIGHT ANGLE
- 6- RIGHT TURN
- 7- RAN OFF ROAD - RIGHT SIDE
- 8- HEAD ON
- 9- SIDESWIPE - OPPOSING
- 90- OTHER*
- 98- NOT APPLICABLE
- 99- UNKNOWN

STATE OF MINNESOTA

### SEQUENCE OF EVENTS - PLEASE INDICATE UP TO FOUR CODES THAT REPRESENT THE SEQUENCE OF CRASH-RELATED EVENTS

**COLLISION WITH**
1 - MOTOR VEHICLE IN TRANSPORT
2 - PARKED MOTOR VEHICLE
3 - ROADWAY EQUIPMENT - SNOWPLOW
4 - ROADWAY EQUIPMENT - OTHER
5 - TRAIN
6 - PEDALCYCLE
7 - PEDESTRIAN
8 - DEER
9 - OTHER ANIMAL
10 - UNDERRIDE - REAR
11 - UNDERRIDE - SIDE
12 - OTHER NON-FIXED OBJECT
13 - OTHER COLLISION TYPE
14 - UNKNOWN COLLISION TYPE

**COLLISION FIXED OBJECT**
21 - CONSTRUCTION EQUIPMENT
22 - TRAFFIC SIGNAL
23 - RR CROSSING DEVICE
24 - LIGHT POLE
25 - UTILITY POLE
26 - SIGN STRUCTURE
27 - MAILBOXES
28 - OTHER POLES
29 - HYDRANT
30 - TREE/SHRUBBERY
31 - BRIDGE PIERS
32 - MEDIAN SAFETY BARRIER
33 - CRASH CUSHION
34 - GUARDRAIL
35 - FENCE (NON-MEDIAN BARRIER)
36 - CULVERT/HEADWALL
37 - EMBANKMENT/DITCH/CURB
38 - BUILDING/WALL
39 - ROCK OUT CROPS
40 - PARKING METER
41 - OTHER FIXED OBJECT*
42 - UNKNOWN FIXED OBJECT

**NON-COLLISION**
51 - OVERTURN/ROLLOVER
52 - SUBMERSION
53 - FIRE/EXPLOSION
54 - JACKKNIFE
55 - LOSS/SPILLAGE NON-HAZ MAT
56 - LOSS/SPILLAGE HAZ MAT
57 - RAN-OFF ROAD - RIGHT
58 - RAN OFF ROAD - LEFT
59 - EQUIP FAILURE (TIRE, BRAKES)
60 - SEPARATION OF UNITS
61 - DOWNHILL RUNAWAY
62 - CROSS MEDIAN/CENTERLINE
63 - CARGO/EQUIPMENT SHIFT
64 - NON-COLLISION OF OTHER TYPE*
65 - NON-COLLISION OF UNKNOWN TYPE
90 - EVENT OF OTHER TYPE*
98 - NOT APPLICABLE
99 - EVENT OF UNKNOWN TYPE

---

**POSTN - POSITION IN/ON VEHICLE OR LOCATION OF NON-MOTORIST PRIOR TO CRASH**

MOTORIST
1 - DRIVER (INCLUDE MOTORCYCLE DRIVER)
2 - FRONT CENTER
3 - FRONT RIGHT
4 - SECOND SEAT LEFT
5 - SECOND SEAT CENTER
6 - SECOND SEAT RIGHT
7 - THIRD SEAT LEFT
8 - THIRD SEAT CENTER
9 - THIRD SEAT RIGHT
10 - OUTSIDE OF VEHICLE
11 - TRAILING UNIT
12 - PICKUP TRUCK BED
13 - TRUCK CAB SLEEPER SECTION
14 - PASSENGER IN OTHER POSITION (INCLUDE MOTORCYCLE PASSENGER)
15 - PASSENGER IN UNKNOWN POSITION
16 - FRONT LEFT (NON-DRIVER)

NON-MOTORIST
21 - MARKED CROSSWALK AT INTERSECTION
22 - AT INTERSECTION, BUT NO MARKED CROSSWALK
23 - NON-INTERSECTION CROSSWALK
24 - DRIVEWAY ACCESS CROSSWALK
25 - IN ROADWAY
26 - NOT IN ROADWAY
27 - MEDIAN (BUT NOT ON SHOULDER)
28 - ISLAND
29 - SHOULDER
30 - SIDEWALK
31 - WITHIN 10 FT OF ROADWAY (BUT NOT ON MEDIAN, ISLAND, SHOULDER OR SIDEWALK)
32 - BEYOND 10 FT OF ROADWAY
33 - OUTSIDE TRAFFIC-WAY
34 - SHARED-USED PATH OR TRAILS
35 - OTHER NON-MOTORIST LOCATION*
36 - UNKNOWN NON-MOTORIST LOCATION

**SAFETY EQUIPMENT USE**
1 - BELTS NOT USED
2 - LAP BELT ONLY USED
3 - SHOULDER BELT ONLY USED
4 - LAP AND SHOULDER BELT USED
5 - CHILD SEAT NOT USED
6 - CHILD SEAT USED IMPROPERLY
7 - CHILD SEAT USED PROPERLY
8 - BOOSTER SEAT NOT USED
9 - BOOSTER SEAT USED IMPROPERLY
10 - BOOSTER SEAT USED PROPERLY
11 - HELMET NOT USED
12 - HELMET USED
13 - DARK (NON-LIGHT-REFLECTIVE CLOTHING)
14 - LIGHT REFLECTIVE CLOTHING
15 - NO PROTECTIVE PADS
16 - PROTECTIVE PADS
90 - OTHER*
98 - NOT APPLICABLE
99 - UNKNOWN

**SAFETY EQUIPMENT TYPE**
1 - REQUIRED SAFETY EQUIP NOT IN PLACE
2 - LAP BELT
3 - SHOULDER BELT
4 - LAP & SHOULDER BELT
5 - CHILD SAFETY SEAT
6 - CHILD BOOSTER SEAT
90 - OTHER*
98 - NOT APPLICABLE
99 - UNKNOWN

**SAFETY - AIR BAG**
1 - DEPLOYED-FRONT
2 - DEPLOYED-SIDE
3 - DEPLOYED-FRONT AND SIDE
4 - NOT DEPLOYED-SWITCH ON
5 - NOT DEPLOYED-SWITCH OFF
6 - NOT DEPLOYED- UNKNOWN IF SWITCH ON OR OFF
90 - OTHER*
98 - NOT APPLICABLE
99 - UNKNOWN

**EJECT - EJECTION FROM VEHICLE**
1 - TRAPPED, EXTRICATED (BY MECHANICAL MEANS)
2 - TRAPPED, FREED BY NON-MECHANICAL MEANS
3 - PARTIALLY EJECTED
4 - EJECTED
5 - NOT EJECTED
90 - OTHER*
98 - NOT APPLICABLE
99 - UNKNOWN

**DRIVER LICENSE STATUS**
1 - VALID - W/IN RESTRICTIONS
2 - VIOLATION - BEYOND RESTRICTIONS
3 - VIOLATION - NOT ENDORSED FOR THIS TYPE VEHICLE
4 - VIOLATION - LICENSE SUSPENDED
5 - VIOLATION - LICENSE REVOKED
6 - VIOLATION - LICENSE CANCELED
7 - VIOLATION OF LIMITED LICENSE PROVISIONS
8 - VIOLATION - EXPIRED LICENSE
9 - VIOLATION - NO LICENSE
90 - OTHER*
98 - NOT APPLICABLE
99 - UNKNOWN

**INJ SEV - INJURY SEVERITY**
K - KILLED
A - INCAPACITATING INJURY
B - NON-INCAPACITATING INJURY
C - POSSIBLE INJURY
N - NO APPARENT INJURY

---

**DIRECT - PRE-CRASH DIRECTION**
1 - NORTH
2 - NORTHEAST
3 - EAST
4 - SOUTHEAST
5 - SOUTH
6 - SOUTHWEST
7 - WEST
8 - NORTHWEST
90 - OTHER*
98 - NOT APPLICABLE
99 - UNKNOWN

**DRIVER LICENSE RESTRICTIONS**
1 - NONE
2 - CORRECTIVE LENSES
3 - MECHANICAL DEVICES
4 - PROSTHETIC AID
5 - AUTOMATIC TRANSMISSION
6 - OUTSIDE MIRROR
7 - LIMIT TO DAYLIGHT HOURS
8 - LIMIT TO EMPLOYMENT ONLY
9 - LIMITED - OTHER
10 - LEARNER'S PERMIT
11 - COL - INTRASTATE ONLY
12 - VEHICLES W/OUT AIR BRAKES
13 - EXCEPT CLASS A BUS
14 - EXCEPT CLASS A/CLASS B BUS
15 - EXCEPT TRACTOR/TRAILER
16 - FARM WAIVER
17 - MULTIPLE RESTRICTIONS
90 - OTHER*
98 - NOT APPLICABLE
99 - UNKNOWN

**TYPE OF ALCOHOL/DRUG TEST GIVEN**
1 - BLOOD
2 - SERUM
3 - BREATH
4 - URINE
90 - OTHER*
98 - NOT APPLICABLE
99 - UNKNOWN



**DEFINITION OF A WORKZONE**

5 — Termination Area — lets traffic resume normal driving
4 — Activity Area — is where work takes place
3 — Transition Area — moves traffic out of it's normal path
2 — Advance Warning Area — tells traffic what to expect ahead
1 — BEFORE FIRST WARNING SIGNS



**EXAMPLE OF TRAFFICWAY**
(FOR REFERENCE WHEN CODING LOCATION)

One way or two way Frontage Road | Road with Shoulders | Road without Shoulders

TRAFFICWAY

**TRAFFICWAY WITH FRONTAGE ROAD**